CHIEF JUSTICE GRAY,
specially concurring.
¶13 I concur in the Court’s opinion, but write separately on the subject of counsel including matters not of record in Fregien’s opening brief on appeal.
¶14 As the Court points out, the Rules are perfectly clear with regard to citing only to matters of record. Counsel are expected to read and follow those rules. Failure to do so results in opposing counsel having to waste valuable time in ensuring that such matters are brought to our attention. Such practices also waste this Court’s time-to the detriment of litigants in the hundreds of other cases pending here. I would admonish Fregien’s counsel in this cause and caution counsel in other cases that they are “officers of the court” in addition to being advocates for their clients.